164 So. 908

**Johnie BLACKBURN v. STATE.**
8 Div. 696.

Supreme Court of Alabama.
Dec. 19, 1935.

Fred S. Parnell, of Florence, for petitioner.

A. A. Carmichael, Atty. Gen., opposed.

THOMAS, Justice.

Petition of Johnie Blackburn for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Blackburn v. State (8 Div. 233) 164 So. 914.

Writ denied.

BROWN, FOSTER, and KNIGHT, JJ., concur.